**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Imran Jamali, ) | No. CV-04-2906-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| JD Marin, et al., ) | |
| ) | |
| Defendants. ) | |

The court has before it plaintiff's motion to seal, expunge or destroy all records related to this case (doc. 53). He explains only that he wishes to put the contents of this case behind him and out of the public record. Plaintiff's request to seal the case records has already been rejected by this court (doc. 51).

There is "a strong presumption in favor of access" to information filed with a court. Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 & n.7 (1978)). To overcome this presumption, a party seeking to seal a judicial record must demonstrate "compelling reasons." Id. Plaintiff has failed to satisfy this heavy burden.

**IT IS ORDERED DENYING** plaintiff's motion to seal, expunge or destroy all records related to this case (doc. 53).

DATED this 29th day of January, 2013.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge